MODIFIED BY THE COURT AS FOLLOWS: If the Chapter 7 Trustee has not closed on the sale of the real property identified herein by January 31, 2010, the creditor may file a motion for relief and notice it up for hearing. The Automatic Stay remains in force until otherwise ordered by the Court.

Case 08-22059   Doc 51   Filed 02/13/09   Entered 02/13/09 10:35:24   Desc Main Document   Page 1 of 3

**The below described is SIGNED.**

(ts)

**Dated: February 12, 2009**  *William T. Thurman*

**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**

_____

Paul M. Halliday, Jr., Bar Number 5076
Stephen B. Watkins, Bar Number 3400
HALLIDAY & WATKINS, P.C.
Attorneys for The Bank of New York as Trustee for Certificateholders CWABS, Inc. Asset-Backed
Certificates, Series 2002-BC2
376 East 400 South, Suite 300
Salt Lake City, Utah 84111
Telephone:  (801) 355-2886
Fax:  (801)  328-9714
Email: bkdocs@hallliday-watkins.com
File No:  30278

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| In re:<br><br>MELISSA ANN MCINEES TEBBS<br><br>Debtor. | Bankruptcy Case No. 08T-22059<br><br>Chapter 7<br><br>**ORDER BASED ON STIPULATION**<br>[Filed Electronically] |
| --- | --- |

Based upon the foregoing stipulation filed herewith, entered into between The Bank of New

York as Trustee for Certificateholders CWABS, Inc. Asset-Backed Certificates, Series 2002-BC2 ,

by and through its attorney, Paul M. Halliday, Jr., and the Chapter 7 Trustee, Elizabeth Loveridge,

and for good cause appearing,

IT IS HEREBY ORDERED:

Filed: 02/03/09

That in the event the Chapter 7 Trustee can not sell and have the real estate transaction

closed by January 31, 2010, then The Bank of New York as Trustee for Certificateholders CWABS,

Inc. Asset-Backed Certificates, Series 2002-BC2, may proceed as set forth in the said stipulation,

with respect to the following described real property:

> Commencing 32.76 rods East from the South quarter corner of
> Section 27, Township 3 South, Range 1 West, Salt Lake Base and
> Meridian, and running thence East 116 feet; thence North 182 feet;
> thence South 87°56'10" West to a point due North of the place of
> beginning; thence South 178 feet to the place of beginning. Subject to
> a right of way of a road over the Southerly portion thereof.;
> Commonly known as 1604 West 12600 South, Riverton, UT 84065;

END OF ORDER

«FileNumber»/.order                     -1-

MAILING CERTIFICATE

I hereby certify that I mailed true and correct copies of the foregoing Order Based on Stipulation by
first class mail, postage prepaid, to each of the following:

Melissa A. Tebbs                  Paul J. Toscano
P.O. Box 951064                 via ECF
South Jordan, Utah 84095      Debtor's Attorney
Debtor

Elizabeth R. Loveridge
via ECF
Chapter 7 Trustee

Paul M. Halliday, Jr.
HALLIDAY & WATKINS, P.C.
Via ECF

Date:

_____