Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Attorney for Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION**

| In re:  **MELISSA ANNE MCINNES TEBBS** SSN: XXX-XX-6555   Debtor(s) | Case No. 08-22059 WTT Chapter 7 |
|---|---|

**TRUSTEE'S NOTICE OF INTENT TO ABANDON PROPERTY OF THE ESTATE**

TO: The United States Trustee, Debtors and Parties in Interest:

The Trustee of the above-captioned bankruptcy estate, Elizabeth R. Loveridge, hereby gives notice that pursuant to 11 U.S.C. § 554(a) that the Trustee intents to abandon the following property:

1604 West 12600 South, Riverton, Utah

The Trustee has investigated the Debtor's possible interest in the property and has decided to abandon the above-described property.

The reasons for the proposed abandonment include: the asset has little, if any, equity and will not generate any significant funds for creditors after payment of administrative expenses; the anticipated costs and expenses to recover or liquidate the property are expected to deplete and

exceed any funds available or collected by the estate; and in light of claims against the estate; the property is burdensome and of inconsequential value.

Should no objections to this abandonment be filed and served by any party in interest by the 8th day of September, 2010, the Trustee will abandon the above-described property. Any objections to this proposed abandonment shall be in writing, accompanied with a notice of hearing before the Court for consideration of the objections and the Trustee's intent, filed with the Court and served upon the Trustee on or before the 8th day of September, 2010.

DATED this 11th day of August, 2010.

**WOODBURY & KESLER, P.C.**

_____/s/_____
Elizabeth R. Loveridge
Attorney for Chapter 7 Trustee

## CERTIFICATE OF SERVICE

    I hereby certify that on this 11th day of August, 2010, I caused a true and correct copy of the foregoing **TRUSTEE'S NOTICE OF INTENT TO ABANDON PROPERTY OF THE ESTATE** to be sent via ECF to the registered users and the mailing matrix via the BNC or otherwise mailed, postage prepaid, and addressed as follows:

        Office of the United States Trustee
        Attn: Rayla Meyer (via ECF)
        Ken Garff Building
        405 South Main Street
        Suite 300
        Salt Lake City, UT  84111

        Melissa Anne Mcinnes Tebbs
        P.O. Box 951064
        South Jordan, UT 84095-1064

        Paul James Toscano (via ECF)
        Newhouse Building Ste 614
        10 Exchange Place
        Salt Lake City, UT  84111

                      _____/s/_____
                      Renée Christensen